

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00437-CV

TEXAS ENERGY OPERATIONS, LC                                    APPELLANT

V.

TEXOMA OIL TOOLS, INC.                                         APPELLEE

-----------

## FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
## TRIAL COURT NO. 185,767-B

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant's Motion for Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DELIVERED:  February 8, 2018